**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50325 |
| Plaintiff - Appellee, | D.C. No. 2:99-cr-01095-SVW |
| v. | |
| STEVE ERIC KEY, a.k.a. Seal A, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Steve Eric Key appeals from the district court's order denying his 18 U.S.C.

§ 3582(c)(2) motion for reduction of sentence.  Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Key's counsel has filed a brief stating there are no grounds

for relief, along with a motion to withdraw as counsel of record.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In his pro se supplemental brief, Key challenges his career offender status and alleges procedural errors at the original sentencing.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, Key's pro se motion for new counsel is **DENIED**, and the district court's judgment is **AFFIRMED.**